# United States District Court
# For the District of Columbia

BUDHA ISMAIL JAM, KASHUBHAI
ABHRAMBHAI MANJALIA, SIDIK KASAM
JAM, on behalf of themselves and all others
similarly situated, RANUBHA JADEJA,
on behalf of himself and all others similarly
situated, NAVINAL PANCHAYAT,
MACHIMAR ADHIKAR SANGHARASH
SANGATHAN

         Plaintiff
      vs
INTERNATIONAL FINANCIAL CORPORATION
         Defendant

**Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:**

I, the undersigned, counsel of record for the Plaintiffs, certify that to the best of my knowledge and belief, the following are corporations:
- International Finance Corporation
- Machimar Adhikar Sangharash Sangathan
- EarthRights International

To the best of my knowledge and belief, none of these corporations, nor their parents or affiliates, have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

_____996080_____
BAR IDENTIFICATION NO.

Attorney of Record for Plaintiffs

_[signature]_
Signature

Jonathan Kaufman
Print Name

1612 K St NW Suite 401
Address

Washington  DC  20006
City      State  Zip Code

(202) 466-5188
Phone