**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:15-CV-00612-JDB |
| ) | |
| INTERNATIONAL FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**STIPULATION AND PROPOSED ORDER**

Pursuant to Rules 16.1 and 16.3 of the Local Rules of the United States District Court for the District of Columbia, the undersigned parties have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

Whereas, on April 23, 2015, Plaintiffs Budha Ismail Jam, Kashubhai Abhrambhai Manjalia, Sidik Kasam Jam, Ranubha Jadeja, Navinal Panchayat, and Machimar Adhikar Sangharash Sangathan ("MASS") (collectively, "Plaintiffs") filed a putative class action complaint in the above-captioned case against International Finance Corporation ("Defendant");

Whereas, Defendant has not yet been served with process;

Whereas, Plaintiffs wish to avoid the burden and expense of serving process on Defendant; and

Whereas, the Defendant desires a reasonable amount of time to respond to the complaint and Plaintiffs a reasonable time to respond;

Therefore, the Plaintiffs and Defendant hereby agree as follows:

1.     Defendant will voluntarily accept service of process through its in-house counsel without prejudice to its immunities or other defenses.

2. Defendant will respond to the complaint, in the form of a motion to dismiss, by July 1, 2015.

3. Plaintiffs will file any opposition to the motion by September 11, 2015.

4. Defendant will file any reply in further support of its motion to dismiss by October 2, 2015.

5. Pursuant to Local Rule 23.1(b), Plaintiffs' time to file a motion for class certification under Rule 23(c)(1) shall be extended until 90 days following a decision on Defendant's motion to dismiss. Further extensions may be considered after such a decision.

6. This stipulation or Defendant's voluntary acceptance of service of process through its in-house counsel does not constitute a waiver by Defendant of any substantive or procedural defense, including but not limited to the defenses of international organizational immunity and lack of personal or subject-matter jurisdiction.

7. Plaintiffs hereby agree that they will not cite, rely upon, or utilize in any other way this Stipulation in any litigation or proceeding other than this case.

**IT IS HEREBY SO STIPULATED AND AGREED.**

Dated: June 9, 2015                                              Respectfully submitted,

/s/ Marco Simons                                                   /s/ Francis A. Vasquez, Jr.
Jonathan Kaufman (D.C. Bar No. 996080)      Francis A. Vasquez, Jr. (D.C. Bar No. 408561)
Marco Simons (D.C. Bar No. 492713)             Dana E. Foster (D.C. Bar No. 489007)
EARTHRIGHTS INTERNATIONAL                    WHITE & CASE LLP
1612 K Street N.W., Suite 401                          701 Thirteenth Street, N.W.
Washington, D.C. 20006                                    Washington, D.C., 20005-3807
T: (202) 466-5188                                                T: (202) 626-3600
F: (202) 466-5189                                                fvasquez@whitecase.com
jonathan@earthrights.org                                 defoster@whitecase.com
marco@earthrights.org

                                                                              *Counsel for Defendant*
*Counsel for Plaintiffs*

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____          _____
                                                              Hon. John D. Bates
                                                              United States District Judge