**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| *v.* | ) Civil Action No. 1:15-CV-00612-JDB |
| | ) |
| INTERNATIONAL FINANCE CORPORATION, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

**NOTICE OF ENTRY OF AN APPEARANCE**

Pursuant to Rule 83.6(a) the Local Rules of the United States District Court for the District of Columbia, I, Dana Foster, hereby enter my appearance as counsel in this case for defendant International Finance Corporation.

Dated: Washington, D.C.
June 9, 2015

**WHITE & CASE LLP**

/s/ Dana Foster
Dana Foster (D.C. Bar No. 489007)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for International Finance Corporation*