AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **International Finance Corporation**
was received by me on *(date)* **June 17, 2015**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Karim Suratgar**, who is designated by law to accept service of process on behalf of *(name of organization)* **International Finance Corporation** on *(date)* **June 17, 2015** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **June 17, 2015**

Server's signature

**Tamara Morgenthau**
Printed name and title

**935 Westminster St. NW, Washington, D.C. 20001**
Server's address

Additional information regarding attempted service, etc: