AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | ) | |
|---|---|---|
| Jam | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-00612 |
| International Finance Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs                                      .

Date:   06/27/2015

*Attorney's signature*

Marco Simons, DC Bar #492713
*Printed name and bar number*

EarthRights International
1612 K Street NW #401
Washington, DC 20006

*Address*

marco@earthrights.org
*E-mail address*

(202) 466-5188
*Telephone number*

(202) 466-5189
*FAX number*

[Print]  [Save As...]  [Reset]