**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| *v.* | ) ) Civil Action No. 1:15-CV-00612-JDB |
| INTERNATIONAL FINANCE CORPORATION, | ) ) ) ) |
| *Defendant.* | ) ) ) |

**DEFENDANT INTERNATIONAL FINANCE**
**CORPORATION'S MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rules 12(b)(1), 12(b)(6), and 12(b)(7) of the Federal Rules of Civil Procedure, as well as the doctrine of *forum non conveniens*, Defendant International Finance Corporation ("IFC") respectfully submits this motion to dismiss Plaintiffs' Class Action Complaint for Damages and Equitable Relief in its entirety.

Pursuant to Rule 7(a) of the Civil Rules of the United States District Court for the District of Columbia, IFC also submits herewith a Memorandum of Law in Support of its Motion to Dismiss. IFC also submits the following documents, with exhibits, in further support of its Motion to Dismiss:

- The Affidavit of Cyril Shroff, dated July 1, 2015, addressing the availability of the Indian courts to hear the Plaintiffs' claims and the viability of the Plaintiffs' claims under Indian law;

- The Declaration of Karim Suratgar, dated July 1, 2015, addressing the English law applicable to claims for breach of contract raised by purported third-party beneficiaries; and

- The Declaration of Fady M. Zeidan, dated July 1, 2015, describing the functions of the Office of the Compliance Advisor/Ombudsman ("CAO") and the complaint submitted to CAO by Plaintiff MASS in connection with the Tata Mundra power project.

Finally, IFC submits herewith a Proposed Order pursuant to Rule 7(c) of the Civil Rules of the United States District Court for the District of Columbia.

Dated: July 1, 2015                                                  Respectfully submitted,


/ s /   Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Dana E. Foster (D.C. Bar No. 489007)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com

*Counsel for International Finance Corporation*