**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| *v.* | ) )   Civil Action No. 1:15-CV-00612-JDB |
| INTERNATIONAL FINANCE CORPORATION, | ) ) ) ) |
| *Defendant*. | ) ) ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant International Finance Corporation ("IFC"), certify to the best of my knowledge and belief that IFC is a public international organization within the meaning of the International Organizations Immunities Act of 1945 ("IOIA"), 22 U.S.C. § 288, and was designated by Executive Order 10680, 21 Fed. Reg. 194 (Oct. 5, 1956) as entitled to enjoy the privileges, exemptions, and immunities conferred by the IOIA. IFC is the private sector arm of the World Bank Group and does not have any parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated:  July 1, 2015

Respectfully submitted,

/ s /   Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Dana E. Foster (D.C. Bar No. 489007)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com

*Counsel for International Finance Corporation*