**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BUDHA ISMAIL JAM, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| *v.* | ) ) | Civil Action No. 1:15-CV-00612-JDB |
| INTERNATIONAL FINANCE CORPORATION, | ) ) ) ) | |
| *Defendant.* | ) ) ) | |

## ERRATA

Defendant International Finance Corporation ("IFC") hereby submits this Errata to its Motion to Dismiss the Complaint (Dkt. No. 10), dated July 1, 2015.  Attached as Exhibit 1 is a notarized copy of the Affidavit of Cyril Shroff.  Exhibit 1 is intended to replace the version of the Affidavit of Cyril Shroff (Dkt. No. 10-3) filed in support of the IFC's Motion to Dismiss the Complaint.  Other than the notarization, the affidavits are identical.

Dated:  July 6, 2015                                       Respectfully submitted,

/ s /   Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 442161)
Dana E. Foster (D.C. Bar No. 489007)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com

*Counsel for International Finance Corporation*