AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia ▼

| | |
|---|---|
| Jam<br>*Plaintiff*<br>v.<br>International Finance Corporation<br>*Defendant* | )<br>)<br>) Case No. 1:15-cv-00612<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date:  07/10/2015

*Attorney's signature*

Michelle C Harrison # 1026592
*Printed name and bar number*
1612 K St. NW Suite 401
Washington, DC 20006

*Address*

michelle@earthrights.org
*E-mail address*

(202) 466-5188
*Telephone number*

(202) 466-5189
*FAX number*