IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>INTERNATIONAL FINANCE CORPORATION,<br><br>    Defendant. | Civil Action No. 15-cv-00612 (JDB) |

**[PROPOSED] ORDER ON MOTION TO EXTEND TIME FOR AMENDMENT**

Upon Plaintiffs' Motion to Extend Time for Amendment, it is hereby **ORDERED** that the Motion is:

[ ] **GRANTED.** Plaintiffs' time to amend their complaint once as a matter of course pursuant to Rule 15(a)(1)(A) shall extend to 21 days following a denial of Defendant's Motion to Dismiss, Docket No. 10, or (if such Motion is initially granted) to 21 days following the issuance of any mandate reversing the grant of such Motion. If the Motion to Dismiss is granted, the right to amendment as a matter of course shall be terminated, and any amendment shall require leave of the Court or consent of the Defendant pursuant to Rule 15(a)(2).

[ ] **DENIED.** Plaintiffs shall file any amended complaint as a matter of course within 7 days of this Order.

**DONE** and **ORDERED** on this _____ day of _____, 2015.

_____
Honorable John D. Bates
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2015, I caused the foregoing Proposed Order to be filed with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system.  All parties will be served via CM/ECF.

Dated: July 22, 2015                             /s/ Marco Simons
                                                 Marco Simons