# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BUDHA ISMAIL JAM, *et al.*,

    *Plaintiffs*,

    v.

INTERNATIONAL FINANCE CORPORATION,

    *Defendant.*

Civil Action No. 1:15-cv-00612-JDB

## **DECLARATION OF FRANCIS A. VASQUEZ, JR.**

I, Francis A. Vasquez, Jr., declare and state:

1. I am a partner at the law firm of White & Case LLP. I have been retained as Counsel for the International Finance Corporation ("IFC") in this matter.

2. On July 20, 2015, I received an email from Marco Simons, counsel for Plaintiffs, explaining that Plaintiffs "have a few amendments, mostly relating to the class action allegations, that we intend to make" to their Complaint.

3. On July 21, 2015, I responded to Mr. Simons, noting that he had not offered a redline showing what the proposed amendments would be.

4. Mr. Simons responded the same day. His response did not include a redline version of the complaint showing the proposed amendments. Mr. Simons stated that Plaintiffs did not "want to muck things up with amendments at this point . . . ."

5. Plaintiffs filed their Motion to Extend Time for Amendment the next day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 7, 2015, in Washington DC.

                                                          /s/ Francis A. Vasquez, Jr.
                                                          Francis A. Vasquez, Jr.