**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BUDHA ISMAIL JAM, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| *v.* | ) ) | Civil Action No. 1:15-cv-00612-JDB |
| INTERNATIONAL FINANCE CORPORATION, | ) ) ) ) | |
| *Defendant.* | ) ) ) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Extend Time for Amendment, Defendant International Finance Corporation's Opposition, any reply thereto, and the accompanying declarations of Mr. Marco Simons and Mr. Francis A. Vasquez, Jr., it is hereby ORDERED that Plaintiffs' Motion to Extend Time for Amendment is DENIED.

SO ORDERED.


The Honorable Judge John D. Bates
U.S. District Court for the District of Columbia

Date: _____