**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUDHA ISMAIL JAM, *et. al.*,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>INTERNATIONAL FINANCE CORPORATION<br><br>   *Defendant* | Civil Action No. 1:15-CV-00612-JDB. |

## MOTION FOR RICHARD L. HERZ TO APPEAR *PRO HAC VICE*

   Pursuant to Local Civil Rule 83.2(d), and on behalf of Plaintiffs Budha Ismail Jam, *et al.*, Movant Michelle Harrison, a member of the Bar of this Court, respectfully moves this Court for an Order admitting Richard L. Herz *pro hac vice* to appear in the above-captioned case.

   Mr. Herz is an attorney employed by EarthRights International. He works out of his home office in West Hartford, Connecticut. Mr. Herz is a member in good standing of each Bar to which he is admitted and has not been disciplined by any bar. Mr. Herz has not been admitted pro hac vice in this Court within the last two years. The declaration of Mr. Herz is attached hereto.

Date: August 14, 2015
Washington, D.C.

Respectfully submitted,

/s/ Michelle Harrison
Michelle Harrison
DC Bar # 1026592
michelle@earthrights.org
EarthRights International
1612 K Street NW, Suite 401
Washington, D.C. 20006
T: (202) 466-5188
F: (202) 466-5189

*Counsel for Plaintiffs*