IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BUDHA ISMAIL JAM, et. al.,

    Plaintiffs,

v.

INTERNATIONAL FINANCE CORPORATION

    Defendant

Civil Action No. 1:15-CV-00612-JDB.

**DECLARATION OF RICHARD L. HERZ IN SUPPORT OF MOTION OF RICHARD L. HERZ TO APPEAR** *PRO HAC VICE*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1. My full name is Richard Lawrence Herz.

2. I am an attorney employed by EarthRights International, a human rights organization based in the United States and Thailand. EarthRights International's United States address is 1612 K Street, N.W. Suite 401, Washington DC 20006, and phone number is 202-466-5188. I, however, work from my home at 123 Richmond Lane, West Hartford, CT, 06117. My work phone number is 860-233-4938.

3. EarthRights International serves as counsel for the Plaintiffs in this lawsuit. I have played a leading role in the preparation of this lawsuit.

4. I have been a member in good standing of the bar of the State of New York since 1997. I am also admitted to practice in the U.S. Court of Appeals for the Second Circuit, the U.S. District of Colorado, and the United States Supreme Court.

5. I certify that I have not been disciplined by any bar.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I practice law out of my home in Connecticut. I am not a member of the District of Columbia Bar and do not have an application for membership pending. I do not practice before the courts of the District of Columbia.

Executed this 14th day of August, 2015 at West Hartford, CT.

                                                              _____
                                                              Richard L. Herz