**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BUDHA ISMAIL JAM, *et. al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> INTERNATIONAL FINANCE CORPORATION <br><br> *Defendant* | Civil Action No. 1:15-CV-00612-JDB. |

**[PROPOSED] ORDER GRANTING MOTION FOR RICHARD L. HERZ
TO APPEAR *PRO HAC VICE*__**

Pursuant to Local Civil Rule 83.2(d), the Motion for Richard L. Herz to Appear *Pro Hac Vice* in the above captioned matter is hereby GRANTED.

DATED:                                                              _____
                                                                                United States District Judge

**ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF PROPOSED ORDER**

Michelle Harrison
Marco Simons
Jonathan Kaufman
EarthRights International
1612 K Street NW, Suite 401
Washington, D.C. 20006
(202) 466-5188

Richard L. Herz
EarthRights International
123 Richmond Lane
West Hartford, CT 06117
(860) 233-4938

Francis A. Vasquez, Jr.
Dana E. Foster
White and Case, LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
(202) 626-3600