IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:15-CV-00612-JDB |
| ) | |
| INTERNATIONAL FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**STIPULATION AND PROPOSED ORDER**

Pursuant to Rules 16.1 and 16.3 of the Local Rules of the United States District Court for the District of Columbia, the undersigned parties have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

Whereas, on April 23, 2015, Plaintiffs Budha Ismail Jam, Kashubhai Abhrambhai Manjalia, Sidik Kasam Jam, Ranubha Jadeja, Navinal Panchayat, and Machimar Adhikar Sangharash Sangathan ("MASS") (collectively, "Plaintiffs") filed a putative class action complaint in the above-captioned case against International Finance Corporation ("Defendant");

Whereas, Plaintiffs and Defendant stipulated to and the Court approved a briefing schedule for Defendant's motion to dismiss (Dkt. No. 6; Minute Order dated June 10, 2015);

Whereas, at the time of that stipulation, Plaintiffs informed Defendant that they might need additional time due to the unavailability of Plaintiffs' lead attorneys in the run-up to filing the Opposition, namely that one attorney had to argue a complicated federal appeal and another would be away for her wedding and honeymoon;

Whereas, at the time of that stipulation, Defendant indicated a willingness to stipulate to additional time; and

Whereas, Defendant desires additional time to respond to Plaintiffs' Opposition;

Therefore, the Plaintiffs and Defendant hereby agree as follows:

1. Each side will have an extra week to file their papers.

2. Plaintiffs will file an opposition to the motion by September 18, 2015.

3. Defendant will file any reply in further support of its motion to dismiss by October 16, 2015.

**IT IS HEREBY SO STIPULATED AND AGREED.**

Dated: September 8, 2015               Respectfully submitted,

/s/ Richard L. Herz                              /s/ Dana E. Foster
Richard L. Herz (admitted *pro hac vice*)        Francis A. Vasquez, Jr. (D.C. Bar No. 408561)
Marco Simons (D.C. Bar No. 492713)               Dana E. Foster (D.C. Bar No. 489007)
EARTHRIGHTS INTERNATIONAL                        WHITE & CASE LLP
1612 K Street N.W., Suite 401                    701 Thirteenth Street, N.W.
Washington, D.C. 20006                           Washington, D.C., 20005-3807
T: (202) 466-5188                                T: (202) 626-3600
F: (202) 466-5189                                fvasquez@whitecase.com
rick@earthrights.org                             defoster@whitecase.com
marco@earthrights.org

                                                 *Counsel for Defendant*

*Counsel for Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____         _____
                                    Hon. John D. Bates
                                    United States District Judge

2