IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>INTERNATIONAL FINANCE CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 15-cv-00612 (JDB) |

**NOTICE OF CORRECTED DECLARATION OF RITIN RAI**

　　Plaintiffs respectfully submit this Notice of Corrected Declaration of Ritin Rai. Attached as Exhibit 1 is a corrected version of the Declaration of Ritin Rai, which is intended to replace the version of the Declaration of Ritin Rai Part 1 (Dkt. No. 22-9), filed in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss (Dkt. No. 22) on September 18, 2015. The language required by 28 U.S.C. § 1746 was inadvertently omitted from the original version. Other than the date, the addition of the required language and the explanation in the introduction, the declarations are identical.

　　Because the Rai Declaration attached numerous cases, it was too big to file in one piece. The Corrected Declaration includes the same cases as those attached to Dkt. No. 22-9, which the Corrected Declaration replaces. The remaining cases can be found at Dkt. No. 22-10, which Plaintiffs have not refiled.

Dated: November 10, 2015　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Richard L. Herz*_____
　　　　　　　　　　　　　　　　　　　　　Richard L. Herz (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Marco Simons (D.C. Bar No. 492713)

Jonathan Kaufman (D.C. Bar. No. 996080)
Michelle Harrison (D.C. Bar No. 1026592)
EARTHRIGHTS INTERNATIONAL
1612 K St. NW Suite 401
Washington, DC 20009
Phone: (202) 466-5188
Fax: (202) 466-5189
rick@earthrights.org

*Counsel for Budha Ismail Jam*, et al.
