IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>INTERNATIONAL FINANCE CORPORATION,<br><br>  Defendant. | Civil Action No. 15-cv-00612 (JDB) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DISREGARD NEW ARGUMENTS DEFENDANT IMPERMISSIBLY RAISED FOR THE FIRST TIME ON REPLY OR, IN THE ALTERNATIVE, FOR LEAVE TO RESPOND**

Upon consideration of Plaintiffs' Motion to Disregard New Arguments Defendant Impermissibly Raised for the First Time on Reply, or, in the Alternative, for Leave to Respond, and the record, it is hereby ORDERED that:

\_\_\_\_\_ Plaintiffs' Motion to Disregard New Arguments Defendant Impermissibly Raised for the First Time on Reply is GRANTED.

\_\_\_\_\_ Plaintiffs' Motion for Leave to Respond is GRANTED. The Clerk is directed to file the lodged response.

SIGNED on this \_\_\_\_ day of _____, 2015.

_____
The Honorable John D. Bates
United States District Judge

**PARTIES TO BE SERVED:**

Richard L. Herz
Marco Simons
Jonathan Kaufman
Michelle Harrison
EARTHRIGHTS INTERNATIONAL
1612 K St. NW Suite 401
Washington, DC 20009
Phone: (202) 466-5188
Fax: (202) 466-5189
rick@earthrights.org

*Counsel for Plaintiffs Budha Ismail Jam*, et al.

Francis A. Vasquez, Jr.
Dana E. Foster
WHITE AND CASE, LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Phone: (202) 626-3600
Fax: (202) 639-9355
fvasquez@whitecase.com

*Counsel for Defendant International Finance Corporation*