IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| *v.* ) | Civil Action No. 1:15-CV-00612-JDB |
| ) | |
| INTERNATIONAL FINANCE ) | |
| CORPORATION, ) | |
| ) | |
| *Defendant.* ) | |

## STIPULATION AND PROPOSED ORDER

Pursuant to Rules 16.1 and 16.3 of the Rules of the United States District Court for the District of Columbia, the undersigned parties have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

Whereas, on November 10, 2015, Plaintiffs filed their Motion to Disregard New Arguments Defendant Impermissibly Raised for the First Time on Reply or, in the Alternative, for Leave to Respond (Dkt. No. 25) (the "Motion");

Whereas, under Rule 7(b) of the Rules of the United States District Court for the District of Columbia and Rule 6 of the Federal Rules of Civil Procedure, Defendant's response to the Motion is due on November 27, 2015, *i.e.*, the Friday after Thanksgiving; and

Whereas, to avoid conflicting with the Thanksgiving holiday, Defendant desires additional time to respond the Motion.

Therefore, the Plaintiffs and Defendant hereby agree as follows:

1. Defendant will file its response to the Motion by December 1, 2015.

2. Plaintiffs will file any reply in further support of the Motion by December 11, 2015.

–2–

**IT IS HEREBY SO STIPULATED AND AGREED.**

| | |
|---|---|
| Dated: November 11, 2015 | Respectfully submitted, |
| */s/ Richard L. Herz* | */s/ Dana E. Foster* |
| Richard L. Herz (admitted pro hac vice) | Francis A. Vasquez, Jr. (D.C. Bar No. 408561) |
| Marco Simons (D.C. Bar No. 492713) | Dana E. Foster (D.C. Bar No. 489007) |
| EARTHRIGHTS INTERNATIONAL | WHITE & CASE LLP |
| 1612 K Street N.W., Suite 401 | 701 Thirteenth Street, N.W. |
| Washington, D.C. 20006 | Washington, D.C., 20005-3807 |
| T: (202) 466-5188 | T: (202) 626-3600 |
| F: (202) 466-5189 | fvasquez@whitecase.com |
| jonathan@earthrights.org | defoster@whitecase.com |
| marco@earthrights.org | |
| | *Counsel for Defendant* |
| *Counsel for Plaintiffs* | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____       _____
                                                                      Hon. John D. Bates
                                                                      United States District Judge