**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| _____ | ) | |
| BUDHA ISMAIL JAM, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| *v.* | ) | Civil Action No. 1:15-CV-00612-JDB |
| | ) | |
| INTERNATIONAL FINANCE | ) | |
| CORPORATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Disregard New Arguments Defendant Impermissibly Raised for the First Time on Reply or, in the Alternative, for Leave to Respond, Defendant International Finance Corporation's Opposition, and any reply thereto, it is hereby ORDERED that Plaintiffs' Motion to Disregard New Arguments Defendant Impermissibly Raised for the First Time on Reply or, in the Alternative, for Leave to Respond is DENIED.

SO ORDERED.

_____
The Honorable Judge John D. Bates
U.S. District Court for the District of Columbia

Date:_____