# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUDHA ISMAIL JAM, et al.,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**INTERNATIONAL FINANCE CORPORATION,**<br><br>　　Defendant. | Civil Action No. 15-612 (JDB) |

## ORDER

Upon consideration of defendant's motion to dismiss, the parties' memoranda, the applicable law, and the entire record herein, and for the reasons stated in the Memorandum Opinion filed on this date, it is hereby

**ORDERED** that [10] defendant's motion to dismiss is **GRANTED**; it is further

**ORDERED** that [27] plaintiffs' motion to disregard new arguments impermissibly raised for the first time on reply is **DENIED AS MOOT**; and it is further

**ORDERED** that this case is dismissed in its entirety.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated: March 24, 2016