UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BUDHA ISMAIL JAM, *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>INTERNATIONAL FINANCE CORPORATION,<br><br>    Defendant. | Civil Action No. 15-cv-00612 (JDB) |

NOTICE OF APPEAL

Notice is hereby given this 14th day of April, 2016, that all Plaintiffs (Budha Ismail Jam, Kashubhai Abhrambhai Manjalia, Sidik Kasam Jam, Ranubha Jadeja, Navinal Panchayat, and Machimar Adhikar Sangharash Sangathan) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the 24th day of March, 2016, granting Defendant's motion to dismiss, and dismissing Plaintiffs' complaint.

Respectfully submitted,

      /s/ Michelle C. Harrison
Michelle C. Harrison (DC Bar # 1026592)
Marco B. Simons (DC Bar # 492713)
Richard L. Herz (*pro hac vice*)
EARTHRIGHTS INTERNATIONAL
1612 K Street, N.W., Suite 401
Washington, DC 20006
Tel: (202) 466-5188
Fax: (202) 466-5189

*Counsel for Plaintiffs*