## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BUDHA ISMAIL JAM, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| *v.* | ) ) Civil Action No. 1:15-CV-00612-JDB |
| INTERNATIONAL FINANCE CORPORATION, | ) ) ) ) ) |
| *Defendant*. | ) ) ) |

### DEFENDANT INTERNATIONAL FINANCE CORPORATION'S RENEWED MOTION TO DISMISS THE COMPLAINT

Pursuant to Rules 12(b)(1), 12(b)(6), and 12(b)(7), of the Federal Rules of Civil Procedure, as well as the doctrine of *forum non conveniens*, Defendant International Finance Corporation ("IFC") respectfully submits this Renewed Motion to Dismiss Plaintiffs' Class Action Complaint for Damages and Equitable Relief in its entirety ("Renewed Motion to Dismiss").

Pursuant to Local Civil Rule 7(a) of the Rules of the United States District Court for the District of Columbia, IFC also submits herewith a Memorandum of Law in Support of its Renewed Motion to Dismiss. IFC also submits the following documents, with exhibits, in further support of its Renewed Motion to Dismiss:

- The Declaration of Leslie Sturtevant, dated June 19, 2019, describing IFC's lending application and approval process, the functions of the Office of the Compliance Advisor/Ombudsman ("CAO"), and the complaint submitted to CAO by Plaintiff MASS in connection with the Tata Mundra project;

- The Declaration of Mr. Karim Suratgar, dated June 19, 2019, addressing the English law applicable to claims for breach of contract raised by purported third-party beneficiaries; and

- The Affidavit of Gauri Rasgotra, dated June 19, 2019, addressing the availability of the Indian courts to hear Plaintiffs' claims and the viability of Plaintiffs' claims under Indian law.

Finally, IFC submits herewith a Proposed Order, pursuant to Local Civil Rule 7(c) of the Rules of the United States District Court for the District of Columbia.

Dated: June 19, 2019                                        Respectfully submitted,

                    /s/ Francis A. Vasquez, Jr.
Francis A. Vasquez, Jr. (D.C. Bar No. 408561)
Dana E. Foster (D.C. Bar No. 489007)
Maxwell J. Kalmann (D.C. Bar No. 1033899)
Jordan E. Helton (D.C. Bar No. 1619082)
701 Thirteenth Street, N.W.
WHITE & CASE LLP
Washington, D.C. 20005
Phone: (202) 626-3600
Facsimile: (202) 639-9355
fvasquez@whitecase.com

Jeffrey T. Green (D.C. Bar No. 426747)
Matthew J. Letten (D.C. Bar No. 1047224)
1501 K Street, N.W.
SIDLEY AUSTIN LLP
Washington, D.C. 20005
(202) 735-8500

*Counsel for International Finance Corporation*