UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BUDHA ISMAIL JAM, et al.,**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**INTERNATIONAL FINANCE CORPORATION,**<br><br>    **Defendant.** | Civil Action No. 15-612 (JDB) |

### ORDER

Upon consideration of [40] defendant International Finance Corporation's renewed motion to dismiss, [45] plaintiffs' opposition thereto, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [40] defendant's renewed motion to dismiss is **GRANTED**; and it is further

**ORDERED** that [60] defendant's motion to strike plaintiffs' supplemental memorandum is **DENIED AS MOOT.**

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: February 14, 2020